IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Bailey El, Percy | Case Number:  06 B 01675 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/19/08 | Filed:  2/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: February 15, 2008
Confirmed: April 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,920.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 11,278.13 |
| Priority: | | 0.00 |
| Administrative: | | 1,929.00 |
| Trustee Fee: | | 712.87 |
| Other Funds: | | 0.00 |
| Totals: | 13,920.00 | 13,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 1,929.00 | 1,929.00 |
| 2. | Discover Financial Services | Unsecured | 361.43 | 619.91 |
| 3. | Specialized Management Consultants | Unsecured | 61.76 | 105.95 |
| 4. | Marshall Field & Company | Unsecured | 30.66 | 52.57 |
| 5. | RoundUp Funding LLC | Unsecured | 76.16 | 130.66 |
| 6. | ECast Settlement Corp | Unsecured | 1,549.45 | 2,657.61 |
| 7. | Advanced Medical Imaging Center | Unsecured | 309.70 | 531.19 |
| 8. | ECast Settlement Corp | Unsecured | 178.77 | 306.63 |
| 9. | B-Real LLC | Unsecured | 671.74 | 1,152.18 |
| 10. | Discover Financial Services | Unsecured | 89.45 | 153.44 |
| 11. | ECast Settlement Corp | Unsecured | 177.71 | 304.80 |
| 12. | B-Real LLC | Unsecured | 1,059.35 | 1,817.00 |
| 13. | Resurgent Capital Services | Unsecured | 490.54 | 841.36 |
| 14. | ECast Settlement Corp | Unsecured | 1,518.67 | 2,604.83 |
| 15. | CB USA Sears | Unsecured | | No Claim Filed |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 18. | Bank Of America | Unsecured | | No Claim Filed |
| 19. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 20. | Crandon Emergency Physician | Unsecured | | No Claim Filed |
| 21. | GEMB | Unsecured | | No Claim Filed |
| 22. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 23. | CB USA Sears | Unsecured | | No Claim Filed |
| 24. | First Usa Bank N A | Unsecured | | No Claim Filed |
| 25. | GEMB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bailey El, Percy | Case Number: 06 B 01675 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 2/19/08 | Filed: 2/23/06 |

| | | | | |
|---|---|---|---|---|
| 26. | CB USA | Unsecured | | No Claim Filed |
| 27. | Marquette Radiology Associates | Unsecured | | No Claim Filed |
| 28. | J C Penney National Bank | Unsecured | | No Claim Filed |
| 29. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 30. | Rnb Fields3 | Unsecured | | No Claim Filed |

$ 8,504.39       $ 13,207.13

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 112.27 |
| 5% | 132.61 |
| 4.8% | 241.00 |
| 5.4% | 226.99 |

$ 712.87

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

